**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  v.<br><br>ROBERT COLE JORDAN,<br>[DOB:   08/12/1952]<br><br>                Defendant. | No. _____<br><br>**COUNT ONE:**<br>*Possession with Intent to Distribute 5 Grams or More of Methamphetamine (Actual)*<br>21 U.S.C. §§ 841(a)(1) and (b)(1)(B)<br>NLT:  5 Years' Imprisonment<br>NMT: 40 Years' Imprisonment<br>NMT: $5,000,000 Fine<br>NLT:  4 Years' Supervised Release<br>Class B Felony<br><br>**COUNT TWO:**<br>*Possession of a Firearm in Furtherance of a Drug Trafficking Crime*<br>18 U.S.C. §§ 924(c)(1)(A)(i)<br>NLT:   5 Years' Imprisonment (Consecutive)<br>NMT:  Life Imprisonment (Consecutive)<br>NMT:  $250,000 Fine<br>NMT:  5 Years' Supervised Release<br>Class A Felony<br><br>**COUNT THREE:**<br>*Felon in Possession of a Firearm*<br>18 U.S.C. §§ 922(g)(1) and 924(a)(2)<br>NMT:  10 Years' Imprisonment<br>NMT:  $250,000 Fine<br>NMT:  3 Years' Supervised Release<br>Class C Felony<br><br>**COUNT FOUR:**<br>*Possession of a Stolen Firearm*<br>18 U.S.C. §§ 922(J) and 924(a)(2)<br>NMT:  10 Years' Imprisonment<br>NMT:  $250,000 Fine<br>NMT:  3 Years' Supervised Release<br>Class C Felony<br><br>Plus a $100 Special Assessment for each Count |

# INDICTMENT

THE GRAND JURY CHARGES THAT:

## COUNT ONE
*Possession with Intent to Distribute 5 Grams or More of Methamphetamine (Actual)*

On or about August 10, 2020, in the Western District of Missouri, the defendant, ROBERT COLE JORDAN, did knowingly and intentionally possess with the intent to distribute 5 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of the provisions of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT TWO
*Possession of a Firearm in Furtherance of a Drug Trafficking Crime*

On or about August 10, 2020, in the Western District of Missouri, the defendant, ROBERT COLE JORDAN, in furtherance of and during and in relation to a drug trafficking crime, that is, possession with the intent to distribute 5 grams or more of methamphetamine (actual), a Schedule II controlled substance, as charged in Count One, did knowingly possess firearms, to wit: a Ruger .380 caliber semi-automatic handgun, serial number 371070375 and a Franklin Armory, model Libertas, 5.56mm semi-automatic rifle, serial number R03478, in violation of the provisions of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT THREE
*Felon in Possession of a Firearm*

On or about August 10, 2020, in the Western District of Missouri, the defendant, ROBERT COLE JORDAN, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a Ruger .380 caliber semi-automatic handgun, serial number 371070375, which had been transported in interstate commerce, in violation of the provisions of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

# COUNT FOUR
## *Possession of a Stolen Firearm*

On or about August 10, 2020, in the Western District of Missouri, the defendant, ROBERT COLE JORDAN, knowingly possessed a stolen firearm, to wit: a Ruger .380 caliber semi-automatic handgun, serial number 371070375, which had been shipped and transported in interstate or foreign commerce, knowing and having reasonable cause to believe the firearm was stolen, in violation of the provisions of Title 18, United States Code, Sections 922(j) and 924(a)(2).

A TRUE BILL.

8/27/2020  
DATE

*/s/ Tressie Borders*  
FOREPERSON OF THE GRAND JURY

*/s/ Brandon E. Gibson*  
Brandon E. Gibson  
Special Assistant United States Attorney  
Violent Crime & Drug Trafficking Unit  
Western District of Missouri

3

Case 4:20-cr-00209-HFS   Document 10   Filed 08/27/20   Page 3 of 3